AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-19-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kimberly Walker | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify):  Certified Mail No. 7008 0150 0003 3328 0822

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-25-08___
Date

*Signature of Server*

MILLER CURTIS & WEISBROD, L.L.P.
P.O. BOX 821329
DALLAS, TX 75382-1329

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

LAUNA COBB

V.

MERCK & CO., INC.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   MDL No. 1:06-MD-1789 (JFK)

08 CIV 41

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. box 100
Whitehouse Station, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MILLER, CURTIS & WEISBROD, LLP
11551 FOREST CENTRAL DRIVE, SUITE 300
DALLAS, TX 75243

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      MAY 0 1 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>C T Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 19 2008 |
| 5/13/00   262898   Cobb | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? ( *Extra Fee* )   ☐ Yes |
| PS | 102595-02-M-1540 |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $ 7.09
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: C T Corporation System
Street, Apt. or PO Box: 111 Eighth Avenue
City, State: New York, NY 10011

5/13/08   362898

PS Form